IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02439-MSK-KMT

C. S. and
JENNIFER McCORD,

    Plaintiffs,

v.

PENTON MEDIA EMPLOYEE BENEFITS PLAN, an employee benefit plan, and CIGNA BEHAVIORAL HEALTH, INC., claim fiduciary for the Penton Media Employee Benefits Plan,

    Defendants.

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs C.S. and Jennifer McCord and defendants Penton Media Employee Benefits Plan and CIGNA Behavioral Health, Inc. provide notice of their dismissal of this action with prejudice with the parties to bear their own legal fees and costs.

Dated: March 14, 2010.

Respectfully submitted,

| | |
|---|---|
| *s/ R. Craig Ewing* | s/ *Jack M. Englert, Jr.* |
| R. Craig Ewing | Jack M. Englert, Jr. |
| 3601 S. Pennsylvania Street | HOLLAND & HART LLP |
| Englewood, Colorado 80113 | 6380 S. Fiddler's Green Circle, Suite 500 |
| Telephone: (303)761-1400 | Greenwood Village, CO 80111 |
| | Telephone: 303-290-1087 |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |

5056892_1.DOC